# Court of Appeals
# of the State of Georgia

ATLANTA, June 04, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1683. DAWNE G. MCCAMMON v. BANKERS HEALTHCARE GROUP, LLC.

Bankers Healthcare Group, LLC sued Dawne G. McCammon seeking to recover on an unsecured promissory note. After being served with the complaint in November 2024, McCammon failed to file an answer and in May 2025, Bankers filed a motion for default judgment. McCammon filed no response to this motion and on July 11, 2025, the trial court entered default judgment in favor of Bankers for approximately $88,000 plus statutory attorney fees. In December 2025, McCammon filed a motion to declare the default judgment void and to quash service of process. The trial court denied that motion, and McCammon filed this direct appeal. We lack jurisdiction.

Regardless of nomenclature, McCammon's motion to have the default judgment declared void constituted a motion to vacate or set aside that judgment on the grounds set forth in OCGA § 9-11-60(d). And an appeal from the denial of a motion to vacate or set aside under OCGA § 9-11-60(d) requires the filing of an application for discretionary appeal. See OCGA § 5-6-35(a)(8), (b); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116-17 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Thus, the "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173(1)(b) (889 SE2d 343) (2023) (citation and punctuation omitted).

McCammon's failure to comply with the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  06/04/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*